UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRACIELA BRETSCHNEIDER DONCOUSE,<br><br>                            Plaintiff,<br><br>                -v-<br><br>ACELUCK THAI RECIPES, INC. and 528-530 NINTH REALTY LLC,<br>                           Defendants. | 16-CV-5104 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and with prejudice.

    SO ORDERED.

Dated: December 4, 2017
       New York, New York

_____
J. PAUL OETKEN
United States District Judge